**DENIED and Opinion Filed July 15, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00777-CV

### IN RE PATRICK DEON HOWARD, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F96-17437**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Molberg

Relator was convicted of murder and assessed a life sentence and a $10,000 fine. This Court affirmed the judgment on direct appeal in 1999. *See Howard v. State*, No. 05-96-01917-CR, 1999 WL 233432, at *1 (Tex. App.—Dallas Apr. 22, 1999, pet. ref'd) (not designated for publication). Before the Court is relator's June 26, 2024 petition for writ of mandamus. Relator, who is proceeding pro se, asks this Court to compel the trial court to rule on a motion for forensic DNA testing relator contends he filed on January 18, 2024.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. Relator's petition is not supported by a sworn or certified record. *See*

TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). And relator failed to identify the correct respondent.[1] *See* TEX. R. APP. P. 52.3(d)(2); *In re Read*, No. 05-22-01247-CV, 2022 WL 17828925, at *1 (Tex. App.—Dallas Dec. 21, 2022, orig. proceeding) (mem. op.) (denying mandamus petition on grounds relator failed to identify the correct respondent).

Accordingly, because relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief, we deny relator's petition. *See In re Jones*, No. 05-23-00492-CV, No. 05-23-00493-CV, 2023 WL 4101440, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.).


/Ken Molberg/
KEN MOLBERG
JUSTICE

240777F.P05

---

[1] An appellate court has the discretion to take judicial notice of adjudicative facts that are matters of public record. *Read*, 2022 WL 17828925, at *1 n.1. Relator refers to the Honorable John C. Creuzot sitting in Criminal District Court No. 4. We judicially notice that Judge Creuzot is the former presiding judge of Criminal District Court No. 4 of Dallas County and is currently serving as the Dallas County Criminal District Attorney. We further judicially notice that Judge Dominique Collins currently presides over Criminal District Court No. 4 in Dallas County.